UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RICHARD,

      Plaintiff,                            No. 12-12516

v.                                         District Judge Avern Cohn
                                            Magistrate Judge R. Steven Whalen

MICHAEL BOUCHARD, ET AL.,

      Defendants.
_____/

## ORDER

On December 4, 2012, the Court ordered Plaintiff Michael Richard to file a response to Defendants' Motion for Summary Judgment by January 18, 2013. On January 22, 2013, Plaintiff filed an affidavit and a "Statement of Facts/Critical Analysis" [Doc. #16 and #17]. On February 19, 2013, Plaintiff filed a letter stating that he had not received a copy of Defendants' Motion for Summary Judgment [Doc. #18]. On May 1, 2013, the Clerk sent Plaintiff a copy of Defendants' motion.

Plaintiff is a *pro se* prison inmate. It is unclear to the Court whether Plaintiff's affidavit and "Statement of Facts/Critical Analysis" is intended to be a response to Defendants' summary judgment motion, particularly since Plaintiff indicates that he had not received that motion. Therefore, the Court will grant Plaintiff additional time to file a supplemental response.

Accordingly, Plaintiff may file a supplemental response to Defendants' Motion for Summary Judgment on or before **JUNE 10, 2013.** This response will be limited to 20 pages in length.

IT IS SO ORDERED.

Dated: May 8, 2013                                    s/ R. Steven Whalen
                                                                        R. STEVEN WHALEN
                                                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 8, 2013, electronically and/or by U.S. mail.

                                                                        s/Michael Williams
                                                                        Relief Case Manager to the Honorable
                                                                        R. Steven Whalen